

Form B1, Exh. A (9/97)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

**Exhibit "A"**

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

**UNITED STATES BANKRUPTCY COURT**    Southern **DISTRICT OF** New York

In re: Sub Holding, LLC
                                                Debtor(s)    Case No.                    (if known)
                                                             Chapter 11

**Exhibit "A" to Voluntary Petition**

1.  If any of debtor's securities are registered under §12 of the Securities and Exchange Act of 1934, the SEC file number is

2.  The following financial data is the latest available information and refers to debtor's condition on 11/12/2014

    a. Total assets                    $    50000.00

    b. Total debts                     $    225000.00

                                                                    Approximate number of holders

    c. Debt securities held by more than 500 holders.

    ☐ secured    ☐ unsecured    ☐ subordinated    $       0          0

    ☐ secured    ☐ unsecured    ☐ subordinated    $       0          0

    ☐ secured    ☐ unsecured    ☐ subordinated    $       0          0

    ☐ secured    ☐ unsecured    ☐ subordinated    $       0          0

    ☐ secured    ☐ unsecured    ☐ subordinated    $       0          0

    d. Number of shares of preferred stock              0.00         0

    e. Number of shares of common stock                 0.00         0

    Comments, if any:

3. Brief description of debtor's business:
    Operates Subway Franchise

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    Anoune Mbengue